# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*  
**42-40 Bell Blvd, Suite 302**  
**Bayside, New York 11361**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

*Long Island Office*  
**10 Bond St, Suite 389**  
**Great Neck, New York 11021**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

September 7, 2022

Hon. J. Paul Oetken  
U.S. District Court  
40 Foley Square  
New York, NY 10007

Re:   *U.S. v. Bruce,* 22 cr 182 (JPO) - {Violation of Supervised Release}

Dear Judge Oetken:

I am counsel for Emmett Bruce, the defendant in the above referenced Violation of Supervised Release ("VOSR") which is scheduled for a conference on September 16, 2022

The three specifications in the VOSR charge Mr. Bruce with violating conditions of his supervision by possession of a firearm and possession of identification documents belonging to other persons. The conduct underlying these specifications has become the basis for a criminal Complaint which has been filed, and Mr. Bruce had been presented, in the White Plains courthouse under criminal docket number 22 M 5168. Following Mr. Bruce's presentment on the Complaint, I have had discussions with the Government about possible discovery disclosures and a non-trial resolution of the criminal matter.

Due to this circumstance, it is preferable that a resolution of the VOSR follows and awaits the resolution of the pending criminal matter. Accordingly, I respectfully request the pending conference be adjourned for approximately 90 days to a date during the week of December 19, 2022. At that point, the parities may have clarity on how the criminal matter will proceed and can update the Court accordingly.

I have conferred the Government and they consent to this request.

> Granted. The September 16, 2022 status conference on the violation of supervised release is adjourned to December 21, 2022 at 12:00 pm.
> So ordered:
> 9/8/2022

Respectfully submitted,  
/s/  
Jeffrey G. Pittell

_____  
**J. PAUL OETKEN**  
United States District Judge