# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*  
42-40 Bell Blvd, Suite 302  
Bayside, New York 11361  
Tel (516) 829-2299  
jp@jpittell.com

*Long Island Office*  
10 Bond St, Suite 389  
Great Neck, New York 11021  
Tel (516) 829-2299  
jp@jpittell.com

August 7, 2023

Hon. J. Paul Oetken  
U.S. District Court  
40 Foley Square  
New York, NY 10007

Re:   *U.S. v. Bruce,* 22 cr 182 (JPO) - {Violation of Supervised Release}

Dear Judge Oetken:

I am counsel for Emmett Bruce, the defendant in the above referenced Violation of Supervised Release ("VOSR"). The VOSR is currently scheduled for a status conference on September 28, 2023.

The three specifications in the VOSR charge Mr. Bruce with violating conditions of his supervision by possession of a firearm and possession of identification documents belonging to other persons. The conduct underlying these specifications has become the basis for an Indictment which has been filed, and is pending in the White Plains courthouse, under criminal docket number 22 cr 546 (KMK).

Previously, I was counsel for Mr. Bruce in the matter before Judge Karas. However, in that matter, John S. Wallenstein, Esq. had been substituted as counsel and appointed as counsel pursuant to the CJA Act. Accordingly, in the interest of continuity, it makes sense the Mr. Wallenstein serve as counsel in the VOSR.

Accordingly, please accept this letter in lieu of a formal motion requesting I be relieved and counsel and that Mr. Wallenstein be substituted as counsel and appointed as counsel pursuant to the CJA Act. I have conferred with Mr. Wallenstein and he concurs with this application.

> Granted. CJA attorney John S. Wallenstein is hereby appointed to represent the defendant. CJA attorney Jeffrey G. Pittell is hereby relieved as counsel.
>   So ordered.
>   8/8/2023

Respectfully submitted,  
/s/  
Jeffrey G. Pittell

_____  
J. PAUL OETKEN  
United States District Judge